ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS - 6/ENTER

FILED

OCT 2 8 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

ANTHONY M. EDWARDS,

     Petitioner,

     v.

BRENDA CASH, Warden,

     Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 11-0434-JSL  (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: Oct 28, 2011

_____
J. Spencer Letts
United States District Judge