ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS - 6/ENTER

FILED
OCT 28 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ANTHONY M. EDWARDS,

   Petitioner,

   v.

BRENDA CASH, Warden,

   Respondent.

Case No. CV 11-0434-JSL (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: Oct 28, 2011

*Spencer Letts*

J. Spencer Letts
United States District Judge